**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Bernadette Cross** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8835 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–11755–JKS | |

# Order of Discharge                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bernadette Cross

<u>6/12/20</u>                                                                         **By the court:** <u>John K. Sherwood</u>
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Bernadette Cross  
    Debtor  

Case No. 17-11755-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Jun 12, 2020 |
|---|---|---|---|
| | Form ID: 3180W | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.

```
db            +Bernadette Cross,    60 Livingston Avenue,    Lyndhurst, NJ 07071-1021
516617562     +Loretta Dawson,    263A Eaton Crest Dr.,    Eatontown, NJ 07724-1267
516617564      Parker McCay, PA,    PO Box 974,    Marlton, NJ 08053-0974
516617565     +Parker McKay,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
516617566      Parker McKay, PA,    Three Greentree Centre, Suite 401,    7001 Lincoln Drive West,    PO Box 974,
                 Marlton, NJ 08053-0974
516617567     +SLS,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
516617570    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    50 Barrack Street,
                  PO Box 269,    Trenton, NJ 08695)
516617568     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516617569      Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
516686464      Steven Sewald & Company, CPAs,    242 Route 79 North,    Suite 3,    Morganville, NJ 07751-2079
516617571     +The Brownstones at Bradley Park,    c/o SUFR Suite Mgmt,    PO Box 387,
                 Asbury Park, NJ 07712-0387
516669404     +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2020 00:58:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Jun 13 2020 04:13:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516714109      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2020 01:03:38      CACH, LLC,
                 PO BOX 10587,    Greenville, SC 29603-0587
516617559      EDI: WFNNB.COM Jun 13 2020 04:13:00      Comenity Capital Bank,    PO Box 183003,
                 Columbus, OH 43218-3003
516617560      EDI: IRS.COM Jun 13 2020 04:13:00      Internal Revenue Service,    955 S. Springfield Ave.,
                 Springfield, NJ 07081
516617563     +EDI: DAIMLER.COM Jun 13 2020 04:13:00      Mercedes Benz,    PO Box 77860,
                 Fort Worth, TX 76177-0860
516657803     +EDI: RMSC.COM Jun 13 2020 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516617573     +E-mail/Text: clientmgmt@signatureperformance.com Jun 13 2020 00:59:10
                 Tiburon Financial, LLC,    PO Box 770,    Boystown, NE 68010-0770
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516617561*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516700538*    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516617572    ##+Thomas C. Cifelli, Esq.,    Federated Law Group, PLLC,    13205 US Highway 1 - Suite 555,
                 Juno Beach, FL 33408-2222
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                            Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jun 12, 2020
                              Form ID: 3180W           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Scott D. Sherman    on behalf of Debtor Bernadette  Cross ssbankruptcy@minionsherman.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5